IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHRISTINA K. LOFTIS,           )
                               )
           Plaintiff,          )           8:12CV212
                               )
     v.                        )
                               )
MICHAEL J. ASTRUE,             )           ORDER
Commissioner of the Social     )
Security Administration,       )
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's second motion for extension of time to respond to plaintiff's brief (Filing No. 17).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until February 25, 2013, to file his brief.  Plaintiff shall have until March 12, 2013, to file a reply brief.

DATED this 29th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court