IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTINA K. LOFTIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV212 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Filing No. 24) and defendant's response to the motion (Filing No. 26).

The Court notes the parties have agreed to an award of $6,250.00. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney fees is granted in the amount of $6,250.00 to be paid by the Social Security Administration, payable to plaintiff and which may be subject to offset to satisfy any pre-existing debt that the litigant may owe to the United States.

DATED this 10th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court