IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHRISTINA K. LOFTIS,            )
                                )
            Plaintiff,          )       8:12CV212
                                )
      v.                        )
                                )
CAROLYN W. COLVIN, Acting       )       ORDER
Commissioner of the Social      )
Security Administration,        )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for award of attorney fees pursuant to the Equal Access to Justice Act, 42 U.S.C. § 406(b) (Filing No. 28) and defendant's response to the motion (Filing No. 29). The Court notes the parties have agreed to an award of $8,524.00 and the Court finds that the requested fee is reasonable compensation considering the work done by counsel. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for attorney fees is granted.

2) The Commissioner is directed to pay plaintiff's counsel the amount of $8,524.00 in attorney's fees.

3) Plaintiff's counsel is directed to refund $6,250.00, the original attorney fee (Filing No. 27), to the plaintiff.

DATED this 9th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court